**Order entered November 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01656-CR

**SHENEQUA LICOLE BARBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59385-U**

## ORDER

The Court **REINSTATES** the appeal.

On August 22, 2013, this Court ordered the trial court to make findings regarding why appellant's brief has not been filed. The findings were due within thirty days. The Court has not received the trial court's findings, nor has either party communicated with the Court regarding the status of the findings. Moreover, while the appeal was abated, the judge of the 291st Judicial District Court resigned her seat and a new judge has been appointed to the trial court. The appeal cannot proceed until the issue of appellant's brief is resolved.

Accordingly, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether

appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; J. Daniel Oliphant; and Michael Casillas.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     DAVID EVANS
         JUSTICE